NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3044

BYRON T. HURST,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in CH3443090469-I-1.

ON MOTION

<u>ORDER</u>

Byron T. Hurst moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

DEC 11 2009
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Byron T. Hurst
Douglas G. Edelschick, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 1 2009

JAN HORBALY
CLERK